375

**No. 62359.**—C. J. Tower & Sons v. United States, protests 180703-K, etc (Buffalo).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of aluminum alloys similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (45 C. C. P. A. 43, C. A. D. 670), the claim of the plaintiff was sustained.

**No. 62360.**—B. Eisenbach v. United States, protest 293792-K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of handwritten biblical manuscripts written by traditional scribes of the Orthodox Jewish faith, the claim of the plaintiff was sustained.

**No. 62361.**—Pennsylvania Textile Corp. and Frank P. Dow Co., Inc. v. United States, protest 227020-K (A) (San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 62362.**—Ideal Mercantile Corp. and Frank P. Dow Co., Inc. v. United States, protests 234372-K and 234373-K (San Francisco).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.